**UNPUBLICHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7178**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS CARL HARRIS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CR-92-113-N, CA-97-389-2)

---

Submitted:  May 18, 1999                    Decided:  May 27, 1999

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ronald Edward Schwartz, Cincinnati, Ohio, for Appellant.  Laura
Marie Everhart, Assistant United States Attorney, Norfolk, Vir-
ginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dennis Carl Harris seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Harris, Nos. CR-92-113-N; CA-97-389-2 (E.D. Va. Mar. 13, 1998; July 15, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2